**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Camden Vicinage)**

| | |
|---|---|
| JOY PANEBIANCO,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. POLEY; A&M LINEN, LLC;<br>ABC CORP(S). (1-5); XYZ<br>PARTNERSHIP(S) (1-5); JOHN DOE(S) (1-<br>5); and JANE DOE(S) (1-5) (fictitious names),<br><br>Defendants. | C.A. No.: 21-11830-RMB-SAK- |

## JOINT FINAL PRETRIAL ORDER

The following shall constitute the Final Pretrial Order pursuant to F.R.C.P. (16). This Final Pretrial Memorandum/Order shall govern the conduct of the trial of this case. Amendments to this Order will be allowed only in exceptional circumstances to prevent manifest injustice. *See* F.R.C.P. 16 (e). Counsel are urged to move to amend in a timely fashion any portion of the Order that must be changed or modified between the filing of the Order and the trial date.

## APPEARANCES

Gerald B. Baldino Jr., Esquire
Gerald B. Baldino III, Esquire
Sacchetta & Baldino
24 South Broad Street
Woodbury, NJ 08096
T:      856-845-4400
F:      856-845-0400
jerry@sbattorney.com
gbaldino@sbattorney.com
Attorneys for Plaintiff – Joy Panebianco

Marc R. Jones, Esquire
Cipriani & Werner, P.C.
155 Gaither Drive – Suite B
Mount Laurel, NJ 08054
T:    856-761-3800
M:    609-206-8391
F:    856-437-7465
mjones@c-wlaw.com
Attorneys for Defendants – Richard J. Poley and A&M Linen, LLC

## PART I: JURISDICTION AND BRIEF SUMMARY OF THE CASE

### A. Jurisdiction

This court has diversity jurisdiction under 28 U.S.C. Section 1332, as the plaintiff is a citizen of the Commonwealth of Pennsylvania and the defendants are a citizen of the State of New Jersey and business entities licensed and doing business in the State of New Jersey, and thus complete diversity exists between the plaintiff and the defendants. The amount in controversy without interest and costs exceeds the sum or value specified under 28 U.S.C. Section 1332. Venue is properly laid within the United States District Court for the District of New Jersey pursuant to 28 U.S.C. Section 1391(b), as a substantial part of the events, facts, and claims involved herein arose within this District.

### B. Plaintiff's Claims

This matter stems from a motor vehicle accident that occurred on July 8, 2019, on the Garden State Parkway northbound in Galloway Township, New Jersey. Back on July 8, 2019, while traveling on the Garden State Parkway, Plaintiff was operating her 2016 Nissan Pathfinder and upon seeing that traffic in front of her was stopped, brought her vehicle to a full and complete stop. She was thereafter injured in a severe rear-end collision, when the Defendant, Robert Poley, while operating a vehicle while working for Defendant A&M Linen, LLC, failed to stop for traffic striking the vehicle in front of him, and causing that vehicle to strike Plaintiff's in a chain reaction

collision. The Plaintiff had complaints of neck and back pain, and immediately came under the care of her primary care physician at Willow Grove Family medicine that same evening, who prescribed her muscle relaxers. When her symptoms failed to abate, she came under the care of Tri-County Pain Management Center on or about July 29, 2019. At that time, she had complaints of neck pain, radiating back pain, and right shoulder pain. Plaintiff has brought a claim of negligence against Defendant Poley, and related claims of vicarious liability and negligent entrustment against A&M. Relevant hereto, the Defendant, Robert Poley, has testified that the Plaintiff's vehicle was completely stopped at the time of the accident, and he has testified that the Plaintiff did not do anything in the operation of her vehicle that caused or contributed to the accident. Additionally, he testified that as he was driving he saw the stopped traffic but was unable to slow down, causing him to strike the vehicle in front of him. Plaintiff has alleged that she suffered serious and sever injuries from the motor vehicle accident from which she has not recovered, including the following: (1) Right shoulder pain with rotator cuff tear and tendinosis; (2) Lumbar radiculopathy; (3) Lumbar facet syndrome; (4) Cervical radiculopathy; (5) Lumbar strain/sprain; (6) Cervical sprain/strain; and (7) Aggravation of preexisting cervical and lumbar spine injury.

### C. Defenses

This case arises out of a (3) vehicle Motor Vehicle Accident that occurred on July 8, 2019 northbound on the Garden State Parkway near milepost marker 25.20 in Upper Township, Cape May County, New Jersey at approximately 11:56 AM. Roads were wet at the time of the accident and a box truck owned by A&M Linen, LLC and operated by its employee/driver, Mr. Robert Poley, was operating in the right lane when it impacted the rear of a vehicle operated by non-party,

Antonio Ibarra.  Mr. Ibarra's vehicle then impacted the rear of the vehicle operated by Plaintiff,

Ms. Joy Panebianco causing rear-end damage.

Plaintiff declined medical treatment at the scene of the accident and drove approximately

(1.5) hours to her home in Pennsylvania before seeking medical treatment later that night.  There

was no air bag deployment in Plaintiff's vehicle as a result of the accident.  Plaintiff has not had

any surgery related to the alleged injuries that she claims she sustained in this accident.  Plaintiff

is no longer treating for the injuries that she alleges she sustained in this accident.

Plaintiff was involved in a 2006 accident in which she suffered a L4-5 disc herniation and

whereby she received chiropractic treatment.  Plaintiff was also involved in a "head-on" motor

vehicle accident in April 2017 where she sustained head and chest injuries.

## PART II: STIPULATED FACTS

1. The subject accident occurred on July 8, 2019, on the Garden State Parkway
   northbound in Galloway Township, New Jersey near milepost marker 25.20 in Upper
   Township, Cape May County, New Jersey at approximately 11:56 AM.

2. At the time of the collision, Defendant, Robert Poley, was operating a vehicle while
   working as an employee and in the scope of his employment for Defendant, A&M
   Linen, LLC.

3. Defendant, Mr. Poley rear-ended and struck the vehicle in front of him, causing that
   vehicle to strike the rear of Plaintiff's vehicle.

4. The Plaintiff's vehicle was stopped at the time of the collision.

5. Plaintiff declined medical treatment at the scene of the accident.

6. Plaintiff drove home to Pennsylvania before seeing her doctor later that evening.

7. There was no airbag deployment in Plaintiff's vehicle.

8. Plaintiff is a smoker of over (30) years.

## PART III: PLAINTIFF'S CONTESTED FACTS

1. Plaintiff intends to prove the following contested facts with regard to liability:

   - Defendant Robert Poley was negligent in the operation of his motor vehicle which caused Plaintiff's injuries

2. Plaintiff intends to prove the following contested facts with regard to damages:

   - That Plaintiff's injuries, to wit her (1) Right shoulder pain with rotator cuff tear and tendinosis; (2) Lumbar radiculopathy; (3) Lumbar facet syndrome; (4) Cervical radiculopathy; (5) Lumbar strain/sprain; (6) Cervical sprain/strain; and (7) Aggravation of preexisting cervical and lumbar spine injury, were caused by the collision and negligence of defendants.

   - That Plaintiff is entitled to recover the amount of $6,815.26 in outstanding medical bills and her outstanding PIP lien of $10,520.44

## PART IV: EACH DEFENDANT'S CONTESTED FACTS

1. Defendant intends to prove the following contested facts with regard to liability:

   a. Plaintiff's vehicle was impacted by the Ibarra vehicle who is not a party to this litigation and was not directly impacted by Mr. Poley's vehicle.

2. Defendant intends to prove the following contested facts with regard to damages:

   a. Plaintiff has a prior positive history of prior back and neck injuries related to a 2006 Waverunner incident resulting in a L4-5 disc herniation requiring chiropractic treatment;

   b. Plaintiff was also involved in head-on collision motor vehicle accident in April 2017 in which she sustained injuries;

c.  Plaintiff has evidence of a scoliotic pattern in the lumbar spine.

d.  Plaintiff had a prior history of left shoulder rotator cuff tear treated nonsurgically;

e.  Plaintiff's right shoulder symptomatology was treated (6) weeks after the accident of July 8, 2019 in August 2019 and is an exacerbation for pre-existing degenerative changes in the right rotator cuff;

f.  Plaintiff has degenerative changes in the supraspinatus tendon of the right rotator cuff but with no full-thickness tear;

g.  Plaintiff's right acromioclavicular joint is heavily arthritic with an intact labrum superiorly, anteriorly and posteriorly;

h.  Plaintiff does not have lumbar radiculopathy;

i.  Plaintiff has extensive pre-existing disease in the lumbar spine with no objective measurable residuals from the accident of July 8, 2019;

j.  Plaintiff does not have an injury or exacerbation of any pre-existing conditions with respect to her cervical spine as a result of the accident of July 8, 2019;

k.  Plaintiff has substantial disc narrowing C5-6 with both anterior and posterior osteophytes at the inferior endplate of C5 and superior endplate of C6 and anterior osteophytes are seen superiorly at C5.  Significant arthrosis is seen of the joints of Luschka at C4-5 bilaterally and somewhat greater on the right side at C5-6.

## PART V: WITNESSES AND SUMMARY OF TESTIMONY

### A.  Plaintiff's Witnesses: Liability and Damages

| | |
|---|---|
| Joy Panebianco, Ambler, Pennsylvania 19002 | Plaintiff will testify *inter alia* regarding liability and damages, including the facts of the incident, her condition, and her injuries |

| | |
|---|---|
| Trooper L. A. Faulkner c/o<br>NJ State Police<br>Galloway Station/Precinct | Investigating Officers who may be able to provide information regarding the facts of the accident and subsequent investigation |
| Robert J. Poley, Defendant<br>Mays Landing, NJ 08330 | Liability - It is anticipated Defendant will testify regarding the facts of the incident. |
| Mr. Michael Maffei – A&M Linen, LLC<br>A&M Linen, LLC<br>Egg Harbor City, NJ 08215 | Liability - May be able to provide information regarding the facts of the accident and employment status of Deft. Poley |
| Byron a. Moore, Witness<br>Millville NJ 08332 | Liability - May be able to provide information regarding the facts of the accident |
| Antonio R. Ibarra, Witness<br>North Cape May, NJ 08024 | Liability - May be able to provide information regarding the facts of the accident |
| Jovita J. Ibarra, Witness<br>North Cape May, NJ 08024 | Liability - May be able to provide information regarding the facts of the accident |
| Jakhna Kapadia, DC<br>Tri County Pain Management Center<br>600 Louis Drive, Suite 202<br>Warminster, PA 19874 | Damages - testimony as to Plaintiff's injuries as a treating physician |
| Kenneth Keams, MD<br>Philadelphia Hand to Shoulder Center<br>834 Chestnut Street, Philadelphia PA 19107 | Damages - testimony as to Plaintiff's injuries as a treating physician |
| Scott J. Pello, M.D.<br>Tri-County Pain Management Center<br>600 Louis Drive, Suite 202<br>Warminster, PA 19874 | Damages - Plaintiff's Medical Expert. Will testify as to Plaintiff's injuries and medical treatment and those items identified in his report. |
| Leonid Polishuk and Dmitry Agnes<br>Polishuk Therapy and Wellness<br>1024 N. Bethlehem Pike<br>Ambler PA | Damages - testimony as to Plaintiff's injuries as a treating physician |
| Dr. Kieran D. Cody<br>2800 Kelly Road<br>Warrington, PA 18976 | Damages - testimony as to Plaintiff's injuries as a treating physician |
| Dr. Sean Butler<br>2800 Kelly Road<br>Warrington, PA 18976 | Damages - testimony as to Plaintiff's injuries as a treating physician |
| Ronald Liebman, D.O.<br>Tri-County Pain Management Center<br>600 Louis Drive, Suite 202<br>Warminster, PA 19874 | Damages - testimony as to Plaintiff's injuries as a treating physician |

Plaintiff reserves the right to call any and all witnesses identified by Defendants and any and all witnesses needed for rebuttal.

**B.  Defendant's Objections**

    N/A

**C.  Defendant's Witnesses**

Defendants reserve the right to call any and all witnesses identified by Plaintiff and any and all witnesses needed for rebuttal.

| *DEFENDANTS' WITNESSES* | *SCOPE OF TESTIMONY* |
|---|---|
| 1.  Ms. Joy Panebianco<br>Ambler, Pennsylvania 19002 | • Plaintiff will provide testimony regarding the facts pertaining to the happening of the accident, her prior and current injuries and conditions. |
| 2.  Mr. Robert Poley<br>Mays Landing, NJ 08330 | • Defendant will provide testimony regarding facts pertaining to the happening of the accident. |
| 3.  Mr. Michael Maffei – A&M Linen, LLC<br>A&M Linen, LLC<br>Egg Harbor City, NJ 08215 | • Defendant will provide testimony regarding the employment status of the co-defendant, Mr. Robert Poley. |
| 4.  Antonio R. Ibarra<br>North Cape May, NJ 08024 | • Witness may be able to provide testimony regarding the happening of the accident. |
| 5.  Jovita J. Ibarra, Witness<br>North Cape May, NJ 08024 | • Witness may be able to provide testimony regarding the happening of the accident. |
| 6.  Dr. Brian Zell<br>525 Route 73 South<br>Marlton, NJ 08053 | • Damages – Defendant's Medical Expert. Will testify as to his findings from his Independent Medical Examination of Plt of July 13, 2022 and his review of all of Plaintiff's medical records and films. |

**D.  Plaintiff's Objections:**

N/A

**PART VI: EXPERT WITNESSES**

    1.  Plaintiff's Expert Witness:

        Scott J. Pello, M.D.
        Tri-County Pain Management Center

600 Louis Drive, Suite 202
Warminster, PA 19874

2. Defendant's Objections - None

3. Defendants' Expert Witness:

Dr. Brian Zell
525 Route 73 South
Marlton, NJ 08053

4. Plaintiff's Objections - None

## PART VII: EXHIBITS

A. Joint Exhibits

| Exhibit No. | Description | Objections | For Identification | For Evidence |
|---|---|---|---|---|
| JT-1 | Complaint | | X | |
| JT-2 | Answer of Defendants | | X | |
| JT-3 | Plaintiff's Rule 26 Disclosures | | | X |
| JT-4 | Defendant's Rule 26 Disclosures | | | X |
| JT-5 | Plaintiff's Interrogatories to Defendants | | | X |
| JT-6 | Defendants' Response to Interrogatories | | | X |
| JT-7 | Defendants' Interrogatories to Plaintiff | | | X |
| JT-8 | Plaintiffs' Response to Defendants' Interrogatories | | | X |
| JT-9 | Plaintiff's Request for Production of Documents | | | X |
| JT-10 | Defendants' Response to the Request for Production of Documents | | | X |
| JT-11 | Defendants' Request for Production of Documents | | | X |

| JT-12 | Plaintiff's Response to the Request for Production of Documents | | | X |
|---|---|---|---|---|
| JT-13 | Tri-County Pain Management Center Records and Reports | | | X |
| JT-14 | Tri County Pain Management Center - Bills | | | X |
| JT-15 | Philadelphia Hand to Shoulder Center and Kenneth Kearns M.D. – Records and Reports | | | X |
| JT-16 | Philadelphia Hand to Shoulder Center and Kenneth Kearns M.D. - Bills | | | X |
| JT-17 | North Willow Grove Family Medicine – Records Reports and Studies | | | X |
| JT-18 | W- Bucks County Orthopedics Specialists – Records Reports and Studies | | | X |
| JT-19 | McCabe Physical Therapy – Records and Reports | | | X |
| JT-20 | Abington Memorial Hospital – Records Reports and Studies | | | X |
| JT-21 | Upper Dublin MRI – Records Reports and Studies | | | X |
| JT-22 | Polishuk Therapy and Wellness – Records and Reports | | | X |
| JT-23 | Polishuk Therapy and Wellness – Bills | | | X |
| JT-24 | Doylestown Hospital – Records Reports and Studies | | | X |

| JT-25 | Maple Glen Medical Associates – Records, Reports and Films | | | X |
| JT-26 | Subpoenaed Records of Abington GYN | | | X |
| JT-27 | Subpoenaed Records of McCabe Physical Therapy | | | X |
| JT-28 | Subpoenaed Records of Tri-County Pain Management and Jakhna Kapadia, DC | | | X |
| JT-29 | Subpoenaed Records of Abington Hospital/Jefferson Health | | | X |
| JT-30 | Expert Report of Scott Pello, M.D. | | X | |
| JT-31 | CV of Scott Pello, M.D. | | X | |
| JT-32 | Expert Report of Dr. Brian Zell | | X | |
| JT-33 | CV of Dr. Brian Zell | | X | |
| JT-34 | Deposition Transcript of Plaintiff, Joy Panebianco | | X | |
| JT-35 | Deposition Transcript of Defendant, Robert Poley | | X | |
| JT-36 | Radiographic Films and Images (Including X-rays, CT scans, and MRIs) | | | X |
| JT-37 | All billing records received from providers | | | X |
| JT-38 | All documents and medical literature referenced or relied upon Plaintiff's Expert Report | | X | |
| JT-39 | All documents and medical literature referenced or relied upon Defendants' Expert Report | | X | |

| | | | | |
|---|---|---|---|---|
| JT-40.1-40.2 | Photographs in Plaintiff's Document Production, pp. 274-275 | | | X |
| JT – 41.1-41.20 | Photographs in Deft. Poley Doc. Production pp. 32-51 | | | X |
| JT-42.1-42.20 | Photographs in Deft. A&M Doc. Production pp. 32-51 | | | X |

B. Plaintiff's Exhibits

| Exhibit No. | Description | Objections | For Identification | For Evidence |
|---|---|---|---|---|
| P-1 | Anatomical drawings, diagrams, exemplar, or illustrations (Available for Inspection upon completion) | | | X |
| P-2 | Medical Illustrations, diagrams, animations, and other demonstrative evidence (available for inspection upon completion) | | | X |
| P-3 | Medical Care Chart (Available for inspection upon completion) | | | X |
| P-4 | Enlargement of Exhibits | | | X |
| P-5 | Damages Chart (available for inspection upon completion) | | | X |
| P-6 | Timelines and Chronologies (available for | | | X |

| | inspection upon completion) | | | |
|---|---|---|---|---|

C.  Defendants' Exhibits

| Exhibit No. | Description | Objections | For Identification | For Evidence |
|---|---|---|---|---|
| D-1 | Correspondence re Medicare Lien (12/8/2021) | | | X |
| D-2 | Plaintiff's Medical Records – 3B Pain Management | | | X |
| D-3 | Plaintiff's Medical Records – Abington Hospital | | | X |
| D-4 | Plaintiff's Medical Records – Dr. James Famigilio | | | X |
| D-5 | Enlargement of Exhibits | | | X |
| D-6 | Medical Illustrations, diagrams, animations, and other demonstrative evidence (available for inspection upon completion) | | | X |
| D-7 | Anatomical drawings, diagrams, exemplar, or illustrations (Available for Inspection upon completion) | | | X |
| D-8 | Timelines and Chronologies (available for inspection upon completion) | | | X |

**PART VIII: LAW**

    **A. Plaintiff**

        1. <u>Plaintiff's statement of the legal issues in this case:</u>

        This case involves Plaintiff's claims of negligence, negligent entrustment, and vicarious liability against Defendants. The primary legal issue in this case is causation and the extent of Plaintiff' damages and injuries related to this motor vehicle collision. It is Plaintiff's understanding that liability is not being contested in light of the testimony of Defendant Robert Poley.

    **B. Defendants**

    Defendants will rely on the defenses available pursuant to New Jersey's Comparative Negligence Act, <u>N.J.S.A.</u> 2A:15-5.1 *et seq*; the Collateral Source Rule, as set forth in <u>N.J.S.A.</u> 2A:15-97; and all jury instructions and case law related to pre-existing conditions and exacerbation of injuries.

**PART IX: MISCELLANEOUS**

    None at this time.

**PART XI: JURY TRIALS**

    The Parties will timely file their trial brief, requests for charges to the jury, and proposed voir dire with the Court in the time permitted once a trial date is assigned.

**PART XII: TRIAL LENGTH**

    A. Liability – 2 days

    B. Damages – 2 days

## CONCLUDING CERTIFICATION

We hereby certify by the affixing of our signatures to this Final Pretrial Order that it reflects the efforts of all counsel and that we have carefully and completely reviewed all parts of this Order prior to its submission to the Court. Further, it is acknowledged that amendments to this Joint Final Pretrial Order will not be permitted except where the Court determines that manifest injustice would result if the amendment is not allowed.

Attorney(s) for Plaintiff(s):

**SACCHETTA & BALDINO**

*/s/ Gerald B. Baldino, Jr., Esq.*
Gerald B. Baldino, Esquire
Attorneys for Plaintiff – Joy Panebianco
24 South Broad Street
Woodbury, NJ 08096-4604
T: 856-845-4400
jerry@sbattorney.com

Attorney(s) for Defendant(s):

**CIPRIANI & WERNER, P.C.**

MARC R. JONES, ESQUIRE
Attorneys for Defendants – Richard J. Poley and/or A&M Linen, LLC
155 Gaither Drive – Suite B
Mount Laurel, NJ 08054
T: 856-761-3800
mjones@c-wlaw.com

DATED: April 26, 2023

Entry of the foregoing Joint Final Pretrial Order is hereby APPROVED this _2 7 t h_

day of ____April____ , 2023.

UNITED STATES MAGISTRATE JUDGE
United States District Court
For the District of New Jersey

# Scott J. Pello, M.D.
## (*Double Boarded by the American Board of Psychiatry and Neurology in Neurology and Pain Medicine*)

s.pello@tricountypmc.com

---

### EDUCATION

**THOMAS JEFFERSON UNIVERSITY HOSPITAL,** Philadelphia, PA (2010-2011)
Pain Management Fellow

**THOMAS JEFFERSON UNIVERSITY HOSPITAL,** Philadelphia, PA (2007- 2010)
Neurology Resident

**UMDNJ- COOPER UNIVERSITY HOSPITAL,** Camden, NJ  (2006-2007)
Internal Medicine Resident

**UMDNJ- ROBERT WOOD JOHNSON MEDICAL COLLEGE,** Camden, NJ  (2002-2006)
Doctor of Medicine

**RUTGERS COLLEGE, RUTGERS UNIVERSITY,** New Brunswick, NJ (1998-2002)
BA, Biological Science, graduated with *Highest Honors*

### EXPERIENCE

**MEDICAL DIRECTOR- Excelsia PA, PLLC, Philadelphia PA**
*Interventional Pain Management Physician*  (8/2022-present)

**PHYSICIAN/ OWNER- TriCounty Pain Management Center, Philadelphia PA**
*Interventional Pain Management Physician*  (9/2019-7/2022)

**MEDICAL DIRECTOR – PA PAIN AND REHAB,** Philadelphia, PA
*Interventional Pain Management Physician*  (1/2018-8/2019)

**VICE PRESIDENT/ CLINICAL DIRECTOR - RA PAIN SERVICES,** Mount Laurel, NJ
*Interventional Pain Management Physician*  (7/2011- 12/2017)

**PHYSICIAN DIRECTOR- LOURDES HOSPITAL OPIATE ANALYSIS COMMITTEE ,** Willingboro, NJ (2/2013-12/2017)

**EXECUTIVE HEALTH RESOURCES,** Newtown Square, PA
*Physician Advisor*  (1/2010- 2013)
- Provide admission status certification and educate case management and medical staff members on this topic

**UMDNJ,** CAMDEN, NJ
*Teacher (6/2002-5/2003)*
- UMDNJ Pre-matriculation Summer Program- Taught basics of anatomy and demonstrated human dissection for pre-med students
- Biochemistry Teaching Assistant- Taught clinical skills review class for 1st year medical students in Biochemistry
- Mini-Med School Program Instructor- Taught high school students Anatomy and Physiology

**PUBLICATIONS/
PRESENTATIONS**

**The Sjogren's Book:  Chapter 26: Evaluation and Management of the Neurological Manifestations of Sjogren's Syndrome.**
Mandel S, LoPinto-Khoury C, Manon-Espailla R, Neil W, Pello S, Roshal D, and Snapp M. *Oxford University Press,* USA.  September 2011.

**Atextia:  A New Clinical Entity.**
Neil W, Pello S, Brock D.  (Poster presentation at the 63rd Annual American Academy of Neurology Meeting- April 2011)

**Spinal Cord Infarction in a Woman with Cardiac Fibroelastoma.**
Pello S, Ashkenazi A. *The Neurologist,* January 2011, vol. 17. No. 1, pp. 47-48.

**Addition of Percutaneous Leads Following Failed Laminotomy Electrodes.**
Penn D, Pello S, Wu C, Bashir A, Park J, Wang D, Sharan A. (Poster presentation at the North American Neuromodulation Society Annual Meeting- December 2010)

**Interictal Pain in Cluster Headache.** Marmura M, Pello S, Young W. *Cephalalgia,* December 2010, vol. 30, No. 12, pp. 1531-1534.  (Poster presentation at the 61st Annual American Academy of Neurology Meeting- April 2009)

**Hemorrhagic Gastritis and Duodenitis Following Celiac Plexus Neurolysis.** Pello S, Miller A, Ku T, Wang D. *Pain Physician,* November/December 2009, vol. 12, No. 6, pp. 1001-1003.  (Platform presentation at the 11th annual ASIPP Conference- June 2009)

**Adrenergic Markers Of Clinical and Outcome Measures in Subarachnoid Hemorrhage.** Pello S, Dombrowski K, McBride W, Dechant V, Kumar M, Bell R, Moussouttas M.  (Poster presentation at the 7th Annual Neurocritical Care Society Meeting- November 2009)

**Uric Acid's Relationship with Stroke and Parkinson's Disease: A Review.** Pello S, Boland T, Dechant V, Patel S, Liang TW, Mandel S. *Practical Neurology,* July/August 2009, vol.  8, No. 6, pp. 21-23.

**Recognizing and Understanding Depression in Parkinson's Disease.** Swirsky-Sacchetti T, Mandel S, Jones K, Weinstein A, Pello S. *Practical Neurology,* December 2008, vol. 7, No. 12, pp.15-19.

**Case Report: When there is no Carotid Artery Pulse.** Pello S, Anyanwu B. *Pennsylvania Neurological Society Newsletter*, Winter 2009.

**Thomas Jefferson Hospital Neurology Resident Handbook, 5th edition.**
Contributing Author (2008-2009)

**Grand Rounds Presentations.** "Overview of Neurostimulation" (10/2010)
"Interictal Pain in Cluster Headache"(5/2009)

## VOLUNTEER

- Co-Course Director- North American Neuromodulation Society Neurology Pre-Conference Course (2017-present) Designed the curriculum and lectured for residents/fellows
- Faculty Instructor- North American Neuromodulation Society (12/2013, 2016- present)
- Discussed the indications and demonstrated the technique for Spinal Cord Stimulator
- Placement
- Student Coordinator- Director of the CPR save a life program (9/2004-5/2005)
- Organized and led classes for residents of Camden NJ-demonstrating proper CPR technique
- Student Doctor- adult HOP clinic (9/2004-5/2005)
- Participation in medical student run health care clinic offering primary care services and performing diagnostic laboratory tests for uninsured residents of Camden, NJ
- Physical Diagnosis Course Instructor- (8/2004-5/2005)
- Taught the essentials of patient interviewing and physical exam skills to 2nd year medical students

## RESEARCH

**Thomas Jefferson University, Philadelphia, PA**
*Interictal Cluster Headache Pain Research under Dr. W. Young, M.D.* (11/2007-6/2010)
- Prospective cross-sectional observational study to further describe and classify the phenomenon of interictal pain in cluster headache

**Thomas Jefferson University, Philadelphia, PA**
*Trans-cranial Doppler Research under Dr. M. Moussoutas, M.D.* (5/2008-6/2010)
- Prospective study to assess for hyper-acute vasospasm of patients with Subarachnoid hemorrhage

**Rutgers University,** NEW BRUNSWICK, NJ
*Research Assistant under Dr. Judith Stern, Ph.D.* (9/2000-5/2001)
- Performed stereotactic neurosurgery on female rats, studying the effects of various neurotransmitters

## AWARDS

- Top Doctor Award- 2018, 2019, 2020, 2021, 2022
- South Jersey Magazine Top Docs- 2015, 2016, 2017
- SJ Magazine Top Docs- 2014, 2015, 2017
- Neurology Chief Resident (7/2009-6/2010)
- Thomas Jefferson Hospital- Neurology Resident "Just Do It Award" (6/2010)
- Awarded National Scholarship to attend the 2009 (APS) Fundamentals of Pain Management Conference and Resident Primer (5/2009)
- "Patient's Choice" Award (Awarded by existing/former patients through Mdx Medical, Inc. 1/2009)
- Excellence in Clinical Neurology Award (Awarded by Jefferson Neurology Attendings 6/2008)
- Neurology Resident "Head of The Class Award" (Awarded by Jefferson Social Workers/Case Managers and Support Staff 6/2008)
- Thomas Jefferson Hospital "STAR" Employee of The Month (2/2008)
- Recipient of National Competitive Grant to attend the 2007 National Headache Foundation's 4th Annual Headache Research Summit (2/2007)
- UMDNJ-Robert Wood Johnson Class of 2006 Excellence in Medical Genetics Award (5/2006)

## Brian K. Zell, M.D.
## CURRICULUM VITAE

Hospital Affiliations:

Virtua-West Jersey Health System
Summit Surgical Center
Marlton Rehabilitation Hospital, Marlton
Lourdes Medical Center of Burlington County
Premier Surgical Center
Underwood Memorial Hospital
Centennial Surgery Center

Previous Appointments
    Assistant Chief Sports Medicine Service
        Bethesda Naval Hospital
        June 1985 – September 1986
    Chief Total Joint Service
        Bethesda Naval Hospital
        September 1986 – June 1988
    Chairman Department of Orthopaedic Surgery
        Laurel Regional Hospital 1995 - 1998

Licensure:

State of New Jersey -  #MA68308
State of Pennsylvania – MD-066927-L

Board Certification:

American Board of Orthopaedic Surgery 1986
Recertification, ABOS, 2006-2016

EDUCATION:
    Undergraduate:

Duke University, Durham, North Carolina
B.A. (Cum Laude) May 1976
Chemistry and Economics

    Medical School:

Georgetown University, Washington, D.C.
M.D. May 1980

    Internship:

National Naval Medical Center, Bethesda, Maryland
Straight Surgical Internship
July 1980 – June 1981

    Residency:

Hospital for Joint Diseases – Orthopaedic Institute
New York, NY Orthopaedic Surgery June 1981 – June 1985

Professional Societies:

American Academy of Orthopaedic Surgeons Fellow 1989
New Jersey Medical Society 1999
Eastern Orthopaedic Society 2000
West Jersey Medical Society 1999
Alumni Association of Hospital for Joint Diseases Orthopaedic Institute

**Brian K. Zell, M.D.**
**CURRICULUM VITAE**

New Jersey Orthopaedic Society
Camden County Medical Society
Philadelphia Orthopaedic Society

MILITARY:

United States Naval Reserve
Lieutenant Commander
Honorably Discharged July 1988

PERSONAL:

Date of Birth  - March 2, 1955

Spouse – Vicki J. Zell

Children -       Shanna Leigh Zell
                 Adam Matthew Zell
                 Alyssa Simone Zell

ADDITIONAL POST-GRADUATE
TRAINING:

A.O. Basic Certification in Osteosynthesis, 1984
University of Virginia Advanced Course in Non-Cemented Total Knee
Arthroplasty, Alexandria, VA 1985
ATLS Instructor Certification 1985
Midas Rex Certification 1986
Non-Cemented Arthroplasty Symposium, Miami, FL 1987
Current Concepts in Total Joint Arthroplasty, Baltimore, MD 1987
Symposium in Pediatric Orthopaedics, Washington, DC 1988
ACLS Recertification, Bethesda, MD  1988
Total Joint Arthroplasty, State of the Art, Breckenridge, CO 1989
Total Knee, Hip and Shoulder Arthroplasty, Hot Springs, VA 1993
Holmium Yag Laser Certification 1995
Current Concepts in Shoulder Surgery, Washington, DC 1995
Cherry Blossom Symposium on Arthroscopic Surgery, Tysons Corner,
VA, 1999
Advances in Trauma Management, Hackensack, NJ 2004
Oxford Advanced Instructional Course, Chicago IL 2006
Autologous Chondrocyte Implantation Course, Weehawkin, NJ 2007

PROFESSIONAL ACTIVITIES:

Team Physician, St. John's University, 1984-85
Physician, Big East Women's Basketball Tournament
Physician NYC Marathon 1983-84
Vice-Chairman Building and Operations Committee, Beth Shalom
Congregation, Columbia, MD
Alumni Interviewer Duke University
Past President Laurel Medical Arts Pavilion
Orthopedic Consultant Medical Mutual Liability Insurance Society of
MD 1993
Past Chairman, Credentials Committee, Laurel Regional Hospital,
Laurel, MD
Member Medical Executive Committee, Laurel Regional Hospital,
Laurel, MD

Brian K. Zell, M.D.
CURRICULUM VITAE

Past Chairman Orthopaedic Quality Review Committee, Howard County General Hospital, Howard County, MD
Medical Director, Premier Surgical Center, Marlton, New Jersey 2000-present
Surgery Performance Improvement Committee, Virtua-West Jersey Health System, 2004-present
Physician Member, Virtua-West Jersey Health System Information Technology Council, 2006-present
By-Laws Committee Member, Virtua-West Jersey Health System, 2007-present
Vice Chairman Section of Orthopaedics, Virtua-West Jersey Health System, 2007-present

PUBLICATIONS:

Zell, B.K., Shereff, M., Greenspan, A.: Combined Ipsilateral Tibiotalar & Talocalcaneal Instability, Bull of Hospital for Joint Diseases, Spring 1987

Hart, Brantly, Lubbers, Zell & Flynn: Compression Pain In A Diver With Intraosseous Pneumatocysts, Journal of Undersea Biomedical Research, 1986

Martin, R.C., Brown, D.E., Zell, B.K., & Lichtman, D.M.: Operative Arthroscopy Under Local Anesthesia, American Journal of Sports Medicine, 1989

PRESENTATIONS:

Acetabular & Pelvic Fractures, Hospital of Joint Diseases Orthopaedic Institute Grand Rounds, 1981
Knee Instabilities, Hospital of Joint Diseases Orthopaedic Institute Symposium on Sports Medicine, 1982
Sports Medicine Lecture, USUHS, 1985
Patellofemoral Syndrome: Results of Elmslie-Trillat Procedure, Mannheim, W. Germany, 1986
Cervical Spine Injuries In Adolescents, Mannheim, W. Germany, 1986
Ligament Injuries, Sports Medicine Symposium, Bethesda, MD 1986
Rationale of Total Knee Replacement, BNH, 1987
Fracture Healing, Department of Surgery, BNH, 1988
Complex Pelvic Fracture Reconstruction HCGH, 1989
Care and Aftercare of Total Knee Patients, LRH, 1990
Management of Orthopaedic Surgical Complications, HCGH, 1992
Considerations in the Care of Hip Fracture Patients, LRH, 1994
Total Joint Replacement Surgery, South Jersey Arthritis Foundation, Voorhees, NJ 2000
WPVI Televsion *Healthcheck* with Anita Brickman, Avascular Necrosis Disease and Ceramic Hip Replacements 2003
Minimally Invasive Total Joint Replacement, Rehab Connections Physical Therapy, Barrington NJ 2004
Surgeon's Perspective on Pain Management; RN Seminar @ Virtua Hospital Health Education Center, December 2006
Diagnosis and Management of Infected Total Joint Replacements, Graduate Resident Program, University of Medicine and Dentistry of New Jersey, Stratford, NJ April 2007

Brian K. Zell, M.D.
## CURRICULUM VITAE

EMPLOYMENT HISTORY:

U.S. Navy 6/85 through 7/88
R.S. Viener M.D. & B.K. Zell, M.D., P.A. Laurel MD
6/1/88 through 11/13/98
Sobel Orthopaedic Associates, Marlton NJ, 11/16/98 through 9/27/99
Sobel & Zell Orthopaedic Associates, Marlton NJ, 9/27/99 to present

[11/05/08]